PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
NATALIE F. PRICE, State Bar No. 279798
nprice@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant, Cross-Complainant, and Cross-Defendant County of Los Angeles

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA HERRERA and CESAR ORTIZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT; JOSE HUERTA, JOSE LOPEZ and Does 1 to 20,<br><br>Defendants.<br>_____<br><br>AND RELATED ACTIONS.<br>_____ | Case No. 8:17-cv-0069 JVS (KESx)<br><br>**JOINT REPORT RE: SETTLEMENT CONFERENCE**<br><br><br>Trial: October 16, 2018<br><br><br>Matter for Determination Before the Honorable James V. Selna |

TO THE HONORABLE COURT:

Pursuant to the Court's Order at the May 15, 2017 Scheduling Conference and the Civil Minutes re Scheduling Conference (Docket No. 61), the parties hereby submit the following Joint Report regarding settlement discussions:

1
JOINT REPORT RE: SETTLEMENT CONFERENCE

## JOINT REPORT

On September 19, 2017, the parties and their counsel attended a mediation before the (Ret.) Honorable Joseph S. Biderman. The matter did not settle. The parties intend to continue settlement discussions, but nothing formal is scheduled at this time.

Dated: September 26, 2017    RODRIGUEZ & ASSOCIATES

By   /s/ J. Michael Flores
   Daniel Rodriguez
   J. Miguel Flores
   Attorney for Plaintiffs

Dated: September 26, 2017    VANDERFORD AND RUIZ, LLP


By   /s/ David Gruen
   Rodolfo Ruiz
   David Gruen
   Attorneys for Defendant/Cross-Defendant/
   Cross-Complainant Los Angeles Unified School
   District, Defendant/Cross-Defendant Jose Huerta,
   Defendant Jose Lopez, Cross-Defendant Mario
   Cantu, and Cross-Defendant Robert Reider

Dated: September 26, 2017    LAWRENCE BEACH ALLEN & CHOI, PC


By   /s/ Paul B. Beach
   Paul B. Beach[1]
   Natalie F. Price
   Attorneys for Defendant/Cross-Complainant/
   Cross-Defendant County of Los Angeles

---

[1] I, Paul B. Beach, hereby attest that all the signatories listed, and on whose behalf the filing is submitted, concur in the content of this Joint Report and have authorized its filing.