JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA HERRERA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LOS ANGELES UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTION. | Case No. 8:17-cv-00069-JVS-KES <br><br> Honorable James V. Selna <br> Courtroom 10C <br><br> **ORDER GRANTING STIPULATION TO DISMISS PLAINTIFFS' SEVENTH AMENDED COMPLAINT AGAINST THE COUNTY OF LOS ANGELES WITH PREJUDICE** <br><br> *[Stipulation filed concurrently herewith]* <br><br> Status Conference Re: Settlement: January 6, 2020, at 10:00 a.m. |

1
ORDER RE: DISMISSAL OF THE COUNTY OF LOS ANGELES

## **ORDER**

Pursuant to the Stipulation between Plaintiffs Claudia Herrera and Cesar Ortiz ("Plaintiffs") and Defendant County of Los Angeles (the "County"), and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Plaintiffs' Seventh Amended Complaint against the County is dismissed with prejudice; and

2. Plaintiffs and the County shall each bear their own costs and attorneys' fees regarding said Seventh Amended Complaint.

**IT IS SO ORDERED.**

Dated: December 12, 2019

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE