# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA HERRERA, et al., | Case No. 8:17-cv-00069 JVS (KESx) |
| Plaintiffs, | Honorable James V. Selna |
| vs. | **JUDGMENT** |
| LOS ANGELES UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |
| AND CONSOLIDATED ACTION. | |

///
///
///
///

1
JUDGMENT

IT IS HEREBY ORDERED that judgment is entered as follows:

Per the Court's Order [Docket No. 269], Plaintiffs Claudia Herrera and Cesar Ortiz's claims against Defendant County of Los Angeles are dismissed with prejudice;

On Plaintiffs Claudia Herrera and Cesar Ortiz's claims against Defendants Los Angeles Unified School District, Jose Huerta, and Jose Lopez, per the Court's Orders [Docket Nos. 190, 169, and 183], judgment is entered in favor of Defendants Los Angeles Unified School District, Jose Huerta, and Jose Lopez and against Plaintiffs Claudia Herrera and Cesar Ortiz;

On Cross-Complainant Los Angeles Unified School District's claims against Cross-Defendant County of Los Angeles, per the Court's Order [Docket No. 192], judgment is entered in favor of Cross-Defendant County of Los Angeles and against Cross-Complainant Los Angeles Unified School District; and,

Per the Court's Orders [Docket Nos. 78, 187, and 129], Cross-Complainant County of Los Angeles's claims against Cross-Defendants Los Angeles Unified School District, Jose Huerta, Mario Cantu, and Robert Reider are dismissed.

**IT IS SO ORDERED.**

Dated: December 12, 2019

_____
James V. Selna
United States District Court Judge