# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

CLAUDIA HERRERA, and CESAR ORTIZ,

    Plaintiffs,

v.

LOS ANGELES UNIFIED SCHOOL DISTRICT; JOSE HUERTA, JOSE LOPEZ and Does 1 to 20,

    Defendants.

AND CONSOLIDATED ACTION AND RELATED CROSS-COMPLAINTS.

**Case No. SACV17-00069-JVS-KES**
District Judge: Hon. James V. Selna
Courtroom: 10C

Magistrate Judge: Hon. Karen E. Scott

**JUDGMENT IN FAVOR OF DEFENDANTS LOS ANGELES UNIFIED SCHOOL DISTRICT, JOSE HUERTA, AND JOSE LOPEZ**

**TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEY(S) OF RECORD HEREIN:**

Plaintiffs CLAUDIA HERRERA and CESAR ORTIZ brought the present action against Defendant/Cross-Defendant/Cross-Complainant LOS ANGELES UNIFIED SCHOOL DISTRICT, Defendant/Cross-Defendant JOSE HUERTA, and Defendant JOSE LOPEZ alleging negligence, wrongful death, deprivation of familial relationship, violation of the Rehabilitation Act (29 U.S.C. § 794 *et seq*.), violation

of the Americans with Disabilities Act ("ADA") (42 U.S.C. § 12131 *et seq.*), and violation of the Unruh Civil Rights Act ("Unruh Act") (Cal. Civ. Code § 51 *et seq.*).

Defendant JOSE HUERTA's Motion for Summary Judgment against Plaintiffs' claim of Negligence came on for hearing before this Court on June 4, 2018. After considering the moving and opposing papers and all supporting evidence, arguments of counsel, and all other matters presented to the Court, Defendant JOSE HUERTA's Motion for Summary Judgment was granted.

Defendant JOSE LOPEZ's Motion for Summary Judgment against Plaintiffs' claims of Negligence and Deprivation of Familial Relationship came on for hearing before this Court on July 2, 2018. After considering the moving and opposing papers and all supporting evidence, arguments of counsel, and all other matters presented to the Court, Defendant JOSE LOPEZ's Motion for Summary Judgment was granted.

Defendant LOS ANGELES SCHOOL DISTRICT's Motion for Summary Judgment against Plaintiffs' claims for negligence, wrongful death, deprivation of familial relationship, violation of the Rehabilitation Act (29 U.S.C. § 794 *et seq.*), violation of the Americans with Disabilities Act ("ADA") (42 U.S.C. § 12131 *et seq.*), and violation of the Unruh Civil Rights Act ("Unruh Act") (Cal. Civ. Code § 51 *et seq.*) came on for hearing before this Court on July 9, 2018. After considering the moving and opposing papers and all supporting evidence, arguments of counsel, and all other matters presented to the Court, Defendant LOS ANGELES UNIFIED SCHOOL DISTRICT's Motion for Summary Judgment was granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs CLAUDIA HERRERA and CESAR ORTIZ take nothing by their Complaint, the action be dismissed on the merits, and that judgment is hereby entered in favor of Defendants LOS ANGELES UNIFIED SCHOOL DISTRICT, JOSE HUERTA, and JOSE LOPEZ, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rules, Defendants LOS ANGELES UNIFIED SCHOOL DISTRICT, JOSE HUERTA, and JOSE LOPEZ are entitled to recover its costs incurred in this action against Plaintiffs.

IT IS SO ORDERED.

DATED: December 17, 2019

_____
**HON. JAMES V. SELNA
JUDGE OF THE UNITED STATES
DISTRICT COURT**