**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| CLAUDIA HERRERA, and CESAR ORTIZ, <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES UNIFIED SCHOOL DISTRICT; JOSE HUERTA, JOSE LOPEZ and Does 1 to 20, <br><br> Defendants. <br><br> AND CONSOLIDATED ACTION AND RELATED CROSS-COMPLAINTS. | **Case No.  8:17-cv-00069-JVS-KES** <br> District Judge: Hon. James V. Selna <br> Courtroom:        10C <br><br> Magistrate Judge:  Hon. Karen E. Scott <br><br> **JUDGMENT IN FAVOR OF DEFENDANT LOS ANGELES UNIFIED SCHOOL DISTRICT AGAINST DEFENDANT COUNTY OF LOS ANGELES** |

**TO   THE   COURT,   ALL   INTERESTED   PARTIES,   AND   THEIR ATTORNEY(S) OF RECORD HEREIN:**

Defendant/Cross-Defendant/Cross-Complainant   COUNTY   OF   LOS ANGELES brought five causes of action against Defendant/Cross-Defendant/Cross-

-1-

Complainant LOS ANGELES UNIFIED SCHOOL DISTRICT in its Second Amended Cross-Complaint for Declaratory Relief, Reformation, Express Indemnity, Breach of Contract, and Promissory Estoppel in the alternative.

After considering the moving and opposing papers and all supporting evidence, arguments of counsel, and all other matters presented to the Court, on July 11, 2017, Defendant/Cross-Defendant/Cross-Complainant LOS ANGELES UNIFIED SCHOOL DISTRICT's Motion to Dismiss Defendant/Cross-Defendant/Cross-Complainant COUNTY OF LOS ANGELES'S Second Amended Cross-Complaint for Declaratory Relief, Reformation, Express Indemnity, Breach of Contract, and Promissory Estoppel in the alternative was granted in favor of the LOS ANGELES UNIFIED SCHOOL DISTRICT.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant/Cross-Defendant/Cross-Complainant COUNTY OF LOS ANGELES take nothing by their Second Amended Cross-Complaint, the action be dismissed on the merits, and that judgment is hereby entered in favor of Defendant LOS ANGELES UNIFIED SCHOOL DISTRICT with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rules, Defendant LOS ANGELES UNIFIED SCHOOL DISTRICT is entitled to recover its costs incurred in this action against Defendant/Cross-Defendant/Cross-Complainant COUNTY OF LOS ANGELES.

IT IS SO ORDERED.

DATED: December 30, 2019

_____
**HON. JAMES V. SELNA**
**JUDGE OF THE UNITED STATES**
**DISTRICT COURT**

(PROPOSED) JUDGMENT IN FAVOR OF DEFENDANT LOS ANGELES UNIFIED SCHOOL DISTRICT